FILED
JUL 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Maurillo SOLANO-Ramirez<br><br>　　　　Defendant. | Mag. Case No. '08 MJ 8595<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about July 1, 2008, within the Southern District of California, defendant Maurillo SOLANO-Ramirez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LUIS A. SALAS
　　　　　　　　　　　　　　　　　　　　　　　　Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND DAY OF JULY 2008.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PETER C. LEWIS
　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA
        v.
Maurillo SOLANO-Ramirez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent (BPA) W. Weir that Maurillo SOLANO-Ramirez (SOLANO) was found and arrested on July 1, 2008, approximately twenty-five miles east of Calexico, California.

On July 1, 2008, at approximately 4:30 a.m. BPA Weir approached the individual and identified himself as a United States Border Patrol Agent. BPA Weir conducted a field immigration interview with the individual in order to determine his immigration status. Maurillo SOLANO-Ramirez stated he is a citizen of Mexico illegally in the United States. BPA Weir placed SOLANO under arrest.

Record checks revealed an Immigration Judge ordered SOLANO deported to Mexico from the United States on March 27, 2000. Record checks also revealed that SOLANO has an extensive criminal and immigration record.

BPA N. Atiles read SOLANO his Miranda Rights. SOLANO stated he understood his rights and was willing to answer questions without the presence of an attorney.

SOLANO stated he and four others crossed illegally through the desert with the intentions of reaching Highway 78 where they were going to be picked up. SOLANO also admitted to crossing illegally into the United States with the intention to smuggle the four individuals illegally and he intended to return to Mexico with his family.

There is no evidence SOLANO has ever applied to the Attorney General of the United States for permission to re-enter the United States after having been deported, excluded, or removed from the United States.

(2)